**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) | **ORDER** |
| ) | |
| 1410 - 30th Avenue NW, Apt 6208 ) | |
| Building 6, Minot, ND ) | Case No. 1:16-mj-148 |

On motion of the Government and for the reasons stated in support of its motion, it is

**ORDERED** that the Search Warrant and Application and Affidavit for Search Warrant, with attachments, including the Affidavit of Thomas Irvin, Special Agent, United States Postal Inspection Service, and the Government's Motion to Seal, shall remain under seal until August 29, 2016.

Dated this 30th day of June, 2016.

>   */s/ Charles S. Miller, Jr.*
>   Charles S. Miller, Jr., Magistrate Judge
>   United States District Court